# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4829

_____

DENZEL DYWAN WILLIAMS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

October 23, 2019

PER CURIAM.

DENIED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Bruce Miller, Public Defender, Pensacola; Kelly M. Richards, Assistant Public Defender, Pensacola; for Petitioner.

Ashley Moody, Attorney General, Robert Quentin Humphrey, Assistant Attorney General, Tallahassee; Alvin B. Myers III, Assistant State Attorney, Pensacola; for Respondent.